# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

**CERTIFIED COPY**

I, Jeanne A. Naughton, Clerk of the United States Bankruptcy Court, certify that the attached is a true and full copy of the original now existing among the records of this Court.

In testimony whereof I sign my name, and affix the seal of this Court at Camden, in this State of New Jersey on 10/7/2026.

JEANNE A. NAUGHTON, Clerk

By: /s/ Chris Fowler
Deputy Clerk

**DefPet, DebtEd, SUPDIS**

# U.S. Bankruptcy Court
# District of New Jersey (Camden)
# Bankruptcy Petition #: 26-21366-JNP

*Date filed:* 10/06/2026
*341 meeting:* 11/05/2026
*Deadline for filing claims:* 12/15/2026

*Assigned to:* Judge Jerrold N. Poslusny Jr.
Chapter 13
Voluntary
Asset

***Debtor***
**Zion Zabrill Moorehead**
219 E. Broad Street
Millville, NJ 08332
CUMBERLAND-NJ
SSN / ITIN: xxx-xx-2896

represented by **Zion Zabrill Moorehead**
PRO SE

***Trustee***
**Andrew B Finberg**
Office of the Chapter 13 Standing Trustee
535 Route 38
Suite 580
Cherry Hill, NJ 08002
856-663-5002

***U.S. Trustee***
**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
(973) 645-3014

| Filing Date | # | Docket Text |
|---|---|---|
| 10/06/2026 | 1 | Chapter 13 Voluntary Petition Filed by Zion Zabrill Moorehead . (eag) Additional attachment(s) added on 10/6/2026 (eag). (Entered: 10/06/2026) |
| 10/06/2026 | 2 | Certificate of Credit Counseling filed by Zion Zabrill Moorehead. (eag) (Entered: 10/06/2026) |
| 10/06/2026 | 3 | Statement of Social Security filed by Zion Zabrill Moorehead . (eag) (Entered: 10/06/2026) |
| 10/06/2026 | 4 | Photo ID of pro se debtor filed. (lgr) (Entered: 10/06/2026) |
| 10/06/2026 | 5 | Initial Statement About an Eviction Judgment. Filed by Zion Zabrill Moorehead. (def) (Entered: 10/06/2026) |

| | | |
|---|---|---|
| 10/07/2026 | 6 | Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors and Notice of Appointment of Trustee Andrew B Finberg with 341(a) meeting to be held on 11/5/2026 at 12:00 PM via Zoom - Finberg: join.zoom.us Meeting ID 571 854 9346 , Passcode 0895556855 or call 1-856-329-3438. Complaint to determine dischargeability of certain debts deadline: 1/4/2027. Proofs of Claim due by 12/15/2026. (Entered: 10/07/2026) |