UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Zion Zabrill Moorehead

Case No.: 26-21366

Chapter: 13

Judge: JNP

AMENDED

**ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS**

The relief set forth on the following page is hereby **ORDERED**.

DATE: 10/6/2026

/s/Jerrold N. Poslusny Jr.
U. S. Bankruptcy Judge

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

☒ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☐ The debtor(s) must pay the filing fee according to the following terms:

| You must pay ….. | On or before this date ….. |
|---|---|
| $ 78.00 | $68.00 Due Immediately month/day/year |
| $ 78.00 | 11/6/2026 month/day/year |
| $ 78.00 | 12/6/2026 month/day/year |
| $ 79.00 | 1/6/2027 month/day/year |
| Total: $ 313.00 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

IMPORTANT: All court fees must be paid by via corporate check, attorney check (with "esquire" or "attorney at law" designation), certified check, money order or through the court's online payment system for non court efilers at www.njb.uscourts.gov . The Clerk's Office does not accept cash.

*rev.1/7/25*